IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROGER EDWARD JEROME BIEROS | : |
| | : |
| v. | CIVIL ACTION NO.  02-4453 |
| | : |
| KENNETH KYLER, ET AL. | |
| | : |

ORDER OF REPORT AND RECOMMENDATION

AND NOW, this          day of          ,         , in accordance with the procedure for the random assignment of habeas corpus cases, Local Civil Rule 72.1, and 28 U.S.C. §636(b) (1) (B), it is hereby

ORDERED that the above-captioned case is referred to the Honorable CHARLES B. SMITH, United States Magistrate Judge, for a report and recommendation.

BY THE COURT:

_____
J. CURTIS JOYNER, J.

civrr