```
                  IN THE UNITED STATES DISTRICT COURT

               FOR THE EASTERN DISTRICT OF PENNSYLVANIA


ROGER EDWARD JEROME BIEROS,       :        CIVIL ACTION
          Petitioner              :
                                  :
     VS.                          :
                                  :
SUPERINTENDENT KENNETH KYLER      :
(SCI at Huntingdon),              :
          AND                     :
THE DISTRICT ATTORNEY OF          :
THE COUNTY OF PHILADELPHIA,       :
          AND                     :
THE ATTORNEY GENERAL OF           :
THE STATE OF PENNSYLVANIA,        :
          Respondents             :        NO. 02-4453
```

ORDER

AND NOW, this 17th day of September, 2002, it is hereby ORDERED that the respondent(s) shall file a specific and detailed answer to petitioner's Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254, with the Clerk of this Court, within twenty (20) days from the date of this Order.

It is so ORDERED.

BY THE COURT:

_____
CHARLES B. SMITH
UNITED STATES MAGISTRATE JUDGE