IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROGER EDWARD JEROME BIEROS    : CIVIL ACTION
                              :
        vs.                   :
                              : NO. 02-4453
KENNETH KYLER, Superintendent :
SCIH, KATHLEEN ZWIERZYNA,     :
Board Secretary, PBPP, ET. AL.:

**ORDER**

     AND NOW, this           day of September, 2002, upon consideration of Petitioner's Motion for an Expeditious Application of Rules Governing Magistrate's Report and Preclusion of Respondents from Seeking/Obtaining Extensions to Answer, it is hereby ORDERED that the Motion is DENIED.[1]

BY THE COURT:

J. CURTIS JOYNER,      J.

---

[1] This Court does not find that any grounds exist for a blanket prohibition of extensions of time. Rather, requests for extensions and continuances shall be considered on a case-by-case basis.