IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
ROGER EDWARD JEROME BIEROS     : CIVIL ACTION
                               :
        vs.                    :
                               : NO. 02-4453
KENNETH KYLER, Superintendent  :
SCIH, KATHLEEN ZWIERZYNA,      :
Board Secretary, PBPP, ET. AL.:
```

**ORDER**

     AND NOW, this _____ day of October, 2002, upon consideration of Respondents' Motion for Enlargement of Time, and it appearing to the Court that good cause exists therefor, it is hereby ORDERED that the Motion is GRANTED and the time within which Respondents have to file their specific and detailed answer to Petitioner's Petition for Writ of Habeas Corpus is EXTENDED to November 26, 2002. See, Fed.R.Civ.P. 6(b).

BY THE COURT:


_____
J. CURTIS JOYNER,      J.