IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
ROGER EDWARD JEROME BIEROS      : CIVIL ACTION
                                :
        vs.                     :
                                : NO. 0CV-4453
KENNETH KYLER, ET. AL.          :
```

**ORDER**

AND NOW, this              day of April, 2003, upon consideration of Plaintiff's Motion for Enlargement of Time in which to Respond to Court's Denial and Dismissal and Reconsideration, and it appearing to the Court that it had already carefully considered the petitioner's arguments in support of his petition for writ of habeas corpus and objections to the Magistrate's Report and Recommendation and that the petitioner has failed to exhaust his state court remedies, it is hereby ORDERED that the Motion for Reconsideration and Enlargement of Time is DENIED.

BY THE COURT:

_____
J. CURTIS JOYNER,         J.